IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ATIYA MCCRAY, | ) |
| | ) |
|      Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL NO. 05-258-GPM |
| | ) |
| TACO BELL CORPORATION, | ) |
| | ) |
|      Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

This action came before the Court, Honorable G. Patrick Murphy, Chief Judge, presiding, and the issues having been heard and a decision having been rendered,

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's ruling in open Court and the Memorandum and Order issued on April 25, 2006, Plaintiff Atiya McCray shall take nothing, and all claims against Defendant Taco Bell Corporation are **DISMISSED on the merits**.

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendant is awarded its costs.

     **DATED**:  04/25/06

                                                                             NORBERT G. JAWORSKI, CLERK

                                                                             By:  s/ Linda M. Cook
                                                                                  Deputy Clerk

APPROVED:  s/ G. Patrick Murphy
                    G. PATRICK MURPHY
                    CHIEF U.S. DISTRICT JUDGE